UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ROSAS,<br><br>          Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>          Respondent. | No.  2:23-cv-0617 AC P<br><br>ORDER |

By an order filed April 6, 2023, petitioner was ordered to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 3.  The thirty-day period has now expired, and petitioner has not filed a in forma pauperis application, paid the fee, or otherwise responded to the court's order.  Petitioner will be given one final opportunity to submit an application or pay the fee.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file an application to proceed in forma pauperis or the appropriate filing fee within twenty-one days of the service of this order.  Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: May 23, 2023

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE